UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-11982-RGS

JOSEPH ZITO

v.

MIDLAND CREDIT MANAGEMENT, INC., et al.

ORDER

September 3, 2025

STEARNS, D.J.

In his "Preliminary Ex Parte Declarative Exception Objection Taken To The Court's July 28, 2025 Procedural Order" (Dkt #6), *pro se* plaintiff Zito argues that the Court cannot require him to disclose his financial information as part of his request to proceed *in forma pauperis*. This argument is incorrect.

Subject to some exceptions not factually relevant here, proceeding *in forma pauperis* in a civil action is a privilege, not a right, *see Daker v. Jackson*, 942 F.3d 1252, 1257 (11th Cir. 2019); *Rodriguez v. Cook*, 169 F.3d 1176, 1180 (9th Cir. 1999), and the decision "[w]hether to grant or deny *in forma pauperis* status is within the sound discretion of the trial court," *Scherer v. Kansas*, 263 Fed. App'x 667, 669 (10th Cir. 2008). Federal law

requires that a party seeking leave to proceed *in forma pauperis* submit a "statement of all assets such prisoner possesses" showing that "the person is unable to pay such fees or give security therefor." 28 U.S.C. 1915(a)(1). Despite the statute's use of the phrase "such prisoner," the affidavit requirement applies to all persons requesting leave to proceed *in forma pauperis*. *See Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005); *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 n.1 (11th Cir. 2004) (per curiam). The use of the word "prisoner" in 28 U.S.C. 1915(a)(1) appears to be a typographical error. *See Douris v. Middletown Tp.*, 293 Fed. App'x 130, 132 n.1 (3d Cir. 2008).

Accordingly, the court ORDERS that, if Zito wishes to proceed with this action, he must pay the $405 filing fee or file a completed and signed Application to Proceed in District Court Without Prepaying Fees or Costs. Failure to do so within twenty-one (21) days will result in dismissal of this action without prejudice.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

2